UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MICHAEL CHARLES JOHNSON, JR.** | **CIVIL ACTION NO. 25-0163** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **LARRY D. JEFFERSON, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Michael Charles Johnson, Jr.'s request for mandamus relief is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction but **WITHOUT PREJUDICE** to Plaintiff's right to re-file in a forum of competent jurisdiction.

MONROE, LOUISIANA, this 29th day of April 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE